·MARGARET B. ROBINSON, Appellant, v. WILLIAM G. WILSON, Respondent, Impleaded with Another, Defendant.— Order modified by reducing amount of

the undertaking to be furnished by the plaintiff to the sum of $2,500, and as so modified affirmed, with ten dollars costs and disbursements to the appellant. Said undertaking to be filed within ten days from date of entry of order. No opinion. Present — Clarke, P. J., Dowling, Finch, McAvoy and Burr, JJ.